FILED'09 SEP 24 15:53USDC-ORP

WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TAMI GOULART**,                          CV # 08-663-JE

    Plaintiff,

vs.                                                 ORDER

**COMMISSIONER of Social Security**,

    Defendant.

---

    Attorney fees in the amount of $4,450.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 24 day of September, 2009.

_____
John Jelderks
United States ~~District~~ / Magistrate Judge

Submitted on September 17, 2009 by:

/s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1